IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JORDAN SPRINKLER | § | |
| | § | CASE NO. 1:22-CV-00364-TH |
| VS. | § | |
| | § | |
| HINE ENVIRONMENTAL SERVICES | § | |
| LLC, ERIC FIELDS AND | § | |
| TODD HINE | § | JURY TRIAL DEMANDED |

## ORDER ON RULE 12(e) AND RULE 12(b)(6) MOTIONS

On this day, the Court considered the Rule 12(e) and Rule 12(b)(6) Motions filed by ERIC FIELDS. Having considered the Motions, and any timely filed Responses and Replies, this Court GRANTS the Motions, and ORDERS the following:

_____ The Rule 12(e) Motion is GRANTED, and Plaintiff has _____ days to properly replead his causes of action with respect to Paragraphs 20, 21 and 22 of Plaintiff's Original Complaint or else 20, 21 and 22 of Plaintiff's Original Complaint will be stricken.

_____ The Rule 12(b)(6) Motion is GRANTED, and Paragraphs 20, 21 and 22 of Plaintiff's Original Complaint are ordered STRICKEN.

SIGNED ON _____, 2023.

_____
UNITED STATES DISTRICT COURT
JUDGE THAD HEARTFIELD